

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-26-00062-CV
_____

SANDESH MEKALA, Appellant

V.

SUNBELT RENTALS, INC., Appellee

On Appeal from the 431st District Court
Denton County, Texas
Trial Court No. 25-3199-431

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice van Cleef

# MEMORANDUM OPINION

Appellant, Sandesh Mekala, has filed a motion to dismiss this appeal with prejudice pursuant to the parties' settlement agreement, with each party bearing its own costs.[1] Pursuant to Rule 42.1 of the Texas Rules of Appellate Procedure, we grant the motion to dismiss. *See* TEX. R. APP. P. 42.1(a)(1).

Accordingly, we dismiss this appeal.

Charles van Cleef
Justice

Date Submitted: July 10, 2026
Date Decided: July 13, 2026

---

[1]This appeal was transferred to this Court from the Second Court of Appeals pursuant to a Texas Supreme Court docket equalization order. *See* TEX. GOV'T CODE ANN. § 73.001 (Supp.).